IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Rivera, Luis | Case Number: 07 B 12647 |
| | Judge: Wedoff, Eugene R |
| Printed: 1/29/08 | Filed: 7/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 15, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,226.56 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,106.33 |
| Trustee Fee: |  | 120.23 |
| Other Funds: |  | 0.00 |
| Totals: | 2,226.56 | 2,226.56 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 2,106.33 |
| 2. | Eastern Savings Bank | Secured | 0.00 | 0.00 |
| 3. | Eastern Savings Bank | Secured | 31,577.19 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 485.89 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 528.06 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 1,012.95 | 0.00 |
| 7. | Chase Manhattan Mortgage Corp | Secured | | No Claim Filed |
| 8. | Midnight Velvet | Unsecured | | No Claim Filed |
| 9. | Park Dansan | Unsecured | | No Claim Filed |
| 10. | Midnight Velvet | Unsecured | | No Claim Filed |
| 11. | Midland Credit Management | Unsecured | | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 13. | Park Dansan | Unsecured | | No Claim Filed |
| 14. | Park Dansan | Unsecured | | No Claim Filed |
| 15. | Midland Credit Management | Unsecured | | No Claim Filed |
| 16. | Park Dansan | Unsecured | | No Claim Filed |
| 17. | Pinnacle Credit Services | Unsecured | | No Claim Filed |
| 18. | Chase Home Finance | Unsecured | | No Claim Filed |
| 19. | Park Dansan | Unsecured | | No Claim Filed |
| 20. | Pinnacle Credit Services | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 36,477.09 | $ 2,106.33 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Rivera, Luis | Case Number:  07 B 12647 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/29/08 | Filed:  7/16/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 120.23 |
| | _____ |
| | $ 120.23 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

